The PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KAUFMAN, Appellant.—

No opinion.   Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FAY SIEGEL, Appellant.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

TANNENBAUM SLATER CONSTRUCTION CO., INC., Respondent, v. LIBERTY DRY DOCK, INC., Appellant, and BEN COHEN, Defendant-Respondent.—

No opinion.   Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

HERMAN WEISS, Appellant, v. MARTIN WEISS et al., Respondents.—

Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur.